McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| LUCIA CARILLO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01767-GSA<br><br>**MOTION AND ORDER WAIVING REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD TO COURT** |

    Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record. The Court's Scheduling Order requires Defendant to file a hard copy of the certified administrative record with the Court. Doc. 2. Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with

///

///

///

1 the Scheduling Order.  Thus, Defendant respectfully requests the Court to excuse Defendant
2 from this requirement.

5 Dated: May 11, 2020                               Respectfully submitted,

6                                                   McGREGOR W. SCOTT
                                                    United States Attorney
7                                                   DEBORAH LEE STACHEL
                                                    Regional Chief Counsel, Region IX
8                                                   Social Security Administration

                                          By:       /s/  Carolyn B. Chen
10                                                  CAROLYN B. CHEN
                                                    Special Assistant U.S. Attorney
11
12                                                  Attorneys for Defendant

15 IT IS SO ORDERED.

16    Dated:   **May 12, 2020**                     **/s/ Gary S. Austin**
17                                                  UNITED STATES MAGISTRATE JUDGE