1  JARED WALKER (SB#269029)
   P.O. Box 1777
2  Orangevale, CA 95662
   T: (916) 476-5044
3  F: (916) 476-5064
   jared@jwalker.law
4

5  Attorney for Plaintiff,
   LUCIA CARRILLO
6

7              IN THE UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9  LUCIA CARRILLO,                    | Case No.   1:19-cv-01767-GSA

10        Plaintiff,

11        v.                          | STIPULATION AND ORDER FOR
                                       | SECOND EXTENSION OF TIME FOR
12                                     | PLAINTIFF TO FILE OPENING BRIEF

13  ANDREW M. SAUL,
    Commissioner of the Social Security
14  Administration,

          Defendant.
15

16        IT IS STIPULATED, by and between the parties, through their respective counsel of record,

17  that the time for Plaintiff to file her motion for summary judgment be extended twenty (20) days,

18  from the current deadline, such that Plaintiff's new deadline, with the Court's approval, will be

19  September 29, 2020.  This is Plaintiff's second request for an extension of time.  Plaintiff's counsel

20  apologizes for the delay but needs additional time to fully review this lengthy administrative record

21  and properly prepare Plaintiff's motion for summary judgment.  Plaintiff's counsel's attention to

22  this matter has been delayed due to conflicting deadlines in other matters, including an opening brief

23  due in a Ninth Circuit social security appeal, a dispositive brief due in a separate social security case

24  pending in district court, two filing deadlines in state court litigation matters, as well as counsel's

25  personal responsibilities relating to his children not attending school currently.  With the Court's

26  approval, the parties further stipulate that all other dates in the Court's Scheduling Order be extended

27  accordingly.

28  ///

Dated: September 2, 2020                    Respectfully submitted,

                                            /s/ *Jared T. Walker*_____
                                            Jared T. Walker,
                                            Attorney for Plaintiff

SO STIPULATED:

                                            McGREGOR W. SCOTT
                                            United States Attorney

 Dated: September 2, 2020        By:    /s/ *Carolyn Chen*_____
                                        (*authorized by email on 9/02/20*)
                                        Carolyn Chen
                                        Marcelo N. Illarmo
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

IT IS SO ORDERED.

 Dated:    **September 2, 2020**            _____**/s/ Gary S. Austin**___
                                            UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR SECOND EXTENSION OF TIME
FOR PLAINTIFF TO FILE OPENING BRIEF