McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA CARRILLO,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01767-GSA<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from October 28, 2020 to November 27, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because Defendant's counsel was reassigned this case, and has a higher than normal workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

- Defendant shall serve and file a responsive brief within on or before November 27, 2020; and

- Plaintiff may serve and file a reply within 17 days of service of defendant's responsive brief (on or before December 14, 2020).

                                        Respectfully submitted,

Dated: October 27, 2020          */s/ Jared T. Walker\**
                                        (\*as authorized via e-mail on 10/27/20)
                                        JARED T. WALKER
                                        Attorney for Plaintiff

Dated: October 27, 2020          McGREGOR W. SCOTT
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                           By:      */s/ Marcelo Illarmo*
                                        MARCELO ILLARMO
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

IT IS SO ORDERED.

    Dated:  **October 27, 2020**                  **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE