McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIA CARRILLO,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-01767-GSA<br><br>STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from November 27, 2020 to December 21, 2020. This is Defendant's second request for an extension of time to respond to Plaintiff's motion. Defendant respectfully requests this additional time because an extension is needed workload reasons and due to the Thanksgiving holiday.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

1

- Defendant shall serve and file a responsive brief within on or before December 21, 2020; and

- Plaintiff may serve and file a reply within 15 days of service of defendant's responsive brief (on or before January 5, 2021).

                                    Respectfully submitted,

Dated: November 10, 2020         */s/ Jared T. Walker\**
                                  (\*as authorized via e-mail on 11/10/20)
                                  JARED T. WALKER
                                  Attorney for Plaintiff

Dated: November 10, 2020         McGREGOR W. SCOTT
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:    */s/ Marcelo Illarmo*
                                  MARCELO ILLARMO
                                  Special Assistant United States Attorney

                                  Attorneys for Defendant

                                  <u>ORDER</u>

IT IS SO ORDERED.

    Dated:   **November 10, 2020**                /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE